# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**GEORGE E. SCHOONOVER,**
        **Plaintiff**

vs.                                                                                     Case Number:   **07-2189**

**CENTRAL LABORER'S PENSION FUND,**
        **Defendant.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** judgment is entered in favor of the plaintiff and against the defendant.

     **IT IS FURTHER ORDERED AND ADJUDGED** that defendant pay to plaintiff the sum of $34,054.81 for disability benefits owing from August 1, 2004, through April 30, 2008.  Defendant is further ordered to pay plaintiff a disability pension of $1,449.15 each month beginning May 1, 2008.

                                 ENTER this 28th day of April, 2008

                                       S/ Pamela E. Robinson
                            PAMELA E. ROBINSON, CLERK

                                              s/ M. Talbott
                            BY:  DEPUTY CLERK